[redacted]

[redacted]

[redacted]